IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMEL WARREN | : | No. 15-376-5 |

### ORDER

**AND NOW**, this 6th day of January, 2021, upon consideration of Jamel Warren's Motion for Immediate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 747) and the Government's Response in Opposition (Doc. No. 759), it is hereby **ORDERED** that his Motion (Doc. Nos. 747) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1