## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    v.

JAMEL WARREN

CRIMINAL ACTION
NO. 15-376-5

## <u>ORDER</u>

**AND NOW**, this 29th day of May, 2026, upon consideration of Defendant's

Motion for Compassionate Release, (Dkt. No. 940), and the Government's Response in

Opposition, (Dkt. No. 944), it is hereby **ORDERED** that the Motion is **DENIED**.


BY THE COURT:


*/s/ Gerald J. Pappert*

Gerald J. Pappert, J.